1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   MONIQUE KIRTLEY
3  411 E. Bonneville Avenue, Ste. 250
   Las Vegas, Nevada 89101
4  Tel: (702) 388-6577
   Fax: (702)388-6261
5
   Attorney for:
6   ESTEFANIA VASQUEZ-ANCENO

7

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF NEVADA
10
                              * * *
11

12  UNITED STATES OF AMERICA,                    2:15-cr-073-JCM-PAL

13              Plaintiff,                    **STIPULATION TO CONTINUE
                                                SENTENCING HEARING**
14  vs.                                          (First Request)

15  ESTEFANIA VASQUEZ-ANCENO,

16              Defendant.

17

         IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,  United
18
States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States
19
of America, and Rene L. Valladares, Federal Public Defender, and MONIQUE KIRTLEY, Assistant
20
Federal Public Defender, counsel for ESTEFANIA VASQUEZ-ANCENO, that the sentencing
21
hearing scheduled on Monday, September 14, 2015 at 10:30 a.m.,,  be vacated and be continued to
22
a date and time convenient to the Court, but no earlier than fourteen (14) days.
23
         This Stipulation is entered into for the following reasons:
24
         1.      The defendant is in custody but does not oppose a continuance.
25
         2.      On August 19, 2015 a notice of hearing was filed, changing the sentencing and
26
disposition to a date ahd time when undersigned defense counsel will be out of the jurisdiction.
27
/ / /
28

1        3.     This request is not sought for the purpose of delay, but simply to ensure availability

2   and continuity of counsel for the defendant.

3        4.     This is the first request for a continuance of the sentencing hearing.

4

5   DATED:  August 25, 2015

6

7

    RENE L. VALLADARES                           DANIEL G. BOGDEN,

8       Federal Public Defender                       United States Attorney

9

10      By:   /s/ Monique Kirtley                  By: / s/ Robert A. Bork
    MONIQUE KIRTLEY                       ROBERT A. BORK

11      Assistant Federal Public Defender          Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF NEVADA

3    UNITED STATES OF AMERICA,                     2:15-cr-073-JCM-PAL

4              Plaintiff,

5    vs.                                            ORDER

6    ESTEFANIA VASQUEZ-ANCENO,

7              Defendant.

8

9                              **ORDER**

10           The ends of justice served by granting said continuance outweigh the best interest

11   of the public and the defendant in a speedy sentencing, since the failure to grant said continuance

12   would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time

13   and the opportunity within which to be able to effectively and thoroughly prepare for sentencing,

14   taking into account the exercise of due diligence.

15           The continuance sought herein is excludable under the Speedy Trial Act, title 18, United

16   States Code, § 3161 (h)(7)(A), when the considering the facts under Title 18, United States Code,

17   §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

18           IT IS THEREFORE ORDERED that the Sentencing currently scheduled for

19   Monday, September 14, 2015 at 10:30 a.m., be vacated and continued to  October 1, 2015

20   at the hour of  10:00 a.m.          .

21

22        DATED August 26, 2015.

23

24                                                  _____

25                                                  UNITED STATES DISTRICT JUDGE

26

27

28

                                          3